### UNITED STATES v. SNOW'S U. S. SAMPLE CO.

(Circuit Court, S. D. New York. January 3, 1896.)

No. 1,109.

CUSTOMS DUTIES—CLASSIFICATION—LOOKING-GLASS PLATES.

Small circular and concave looking-glass plates, with holes through the center, for mounting as physicians' mirrors, were dutiable as "looking-glass plates," under paragraph 116 of the act of 1890, and not as "thin-blown glass * * * and all other manufactures of glass * * * not specially provided for," under paragraph 108.

This was an appeal by the United States from a decision of the board of general appraisers in respect to the classification for duty of certain merchandise imported by Snow's U. S. Sample Company.

James T. Van Rensselaer, Asst. U. S. Atty.

Albert Comstock, for defendant.

WHEELER, District Judge. This importation is of small circular and concave looking glass plates, with holes through the center, for mounting, as physicians' mirrors, and have been assessed for duty under paragraph 116 of the tariff act of 1890, which imposes a duty by the square foot on "looking-glass plates." The government insists that they should be assessed under paragraph 108, which imposes a much higher duty on "thin-blown glass * * * and all other manufactures of glass * * * not specially provided for." No limit of smallness, planeness, and continuity of surface is fixed by the description in paragraph 116; but it applies to all looking glass plates, with mention of sizes for fixing the rate of duty only. These plates are manufactures of glass, and would fall under paragraph 108 were they not specially provided for as looking-glass plates under paragraph 116; but, as they are so specially provided for there, they are, in express terms, excluded from 108. Judgment affirmed.